EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 136 |
|---|---|
| Jesús F. Vázquez Margenat | 216 DPR ___ |

Número del Caso:  TS-5,491


Fecha:  12 de diciembre de 2025


Representante legal del peticionario:

    Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jesús F. Vázquez Margenat

TS-5,491

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de diciembre de 2025.

Evaluada la *Moción informativa y reiterando solicitud de reinstalación* presentada por el Sr. Jesús Vázquez Margenat el 5 de diciembre de 2025, se ordena la reinstalación del licenciado Vázquez Margenat en el ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo